IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD JACKSON,

    Petitioner,   2:06-cv-1256-GEB-CHS-P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.   <u>ORDER</u>

_____/

    Respondent has requested an extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered December 12, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's December 23, 2008 request for an extension of time is granted; and

    2. Respondent is granted up to and including January 26, 2009 in which to file objections to the Magistrate Judge's Findings and Recommendations.

Dated: January 7, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1