IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD JACKSON,

    Petitioner,                    2:06-cv-1256-GEB-CHS-P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.             ORDER
_____/

      On December 12, 2008, the magistrate judge assigned to this matter filed findings and recommendations herein which were served on all parties. Petitioner's service was returned as undeliverable on December 29, 2008. On January 16, 2009 respondent filed a motion to dismiss this matter as moot, stating that petitioner has in fact been paroled.

      Good cause appearing, IT IS HEREBY ORDERED that petitioner's petition is dismissed as moot.

Dated: January 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge